LUMBER MUTUAL CASUALTY INSURANCE COMPANY OF NEW YORK, Appellant; v. THOMAS J. ROBERTS et al., Copartners Doing Business under the Name of STOKER & ROBERTS HOME IMPROVEMENT COMPANY, Defendants, JOSEPH A. LEE, Defendant-Respondent, and VINCENT VERRA, Doing Business under the Name of GRANITE PLASTERING COMPANY, Impleaded Defendant, Appellant.—

Close, P. J., Hagarty, Johnston, Taylor and Lewis, JJ., concur.